UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LOUIS HILL,

    Petitioner,

v.

MICHAEL WENEROWICZ;
THE DISTRICT ATTORNEY OF
THE COUNTY OF DELAWARE; and
THE ATTORNEY GENERAL OF
THE STATE OF PENNSYLVANIA;
    Respondents.

No. 2:15-cv-00355

# O R D E R

**AND NOW**, this 26th day of January, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. All of Petitioner's objections, ECF No. 20, to the Report and Recommendation are **OVERRULED and DENIED**;

2. The Report and Recommendation, ECF No. 18, is **APPROVED and ADOPTED**;

3. The revised petition for writ of habeas corpus, ECF No. 15, is **DISMISSED WITH PREJUDICE**;

5. This case is **CLOSED**; and

6. There is no basis for the issuance of a certificate of appealability.

                BY THE COURT:

                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge